UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 1:26cv20072

MATHEUS FERREIRA DA SILVA,

    Plaintiff,

vs.

UNITED STATES OF AMERICA,

    Defendant.

_____/

## COMPLAINT

COMES NOW the Plaintiff, MATHEUS FERREIRA DA SILVA, by and through her undersigned attorney, and sues the Defendant, UNITED STATES OF AMERICA ("USA"), based upon the following allegations:

### JURISDICTION, PARTIES, AND VENUE

1. This is an action arising out of the Federal Tort Claims Act, Sections 2671 through 2680 of Title 28 of the United States Code.  This Court is vested with jurisdiction pursuant to §1346(b) and §1402(b) of Title 28 of the United States Code.

2. This is an action for damages which exceed the sum of Seventy-Five Thousand Dollars ($75,000.00).

3. Plaintiff, MATHEUS FERREIRA DA SILVA, has fully complied with the provisions of 28 U.S.C. §2675 of the Federal Tort Claims Act.  *Standard Form 95 attached as Exhibit 1.*

4. Plaintiff, MATHEUS FERREIRA DA SILVA, is and at all times material hereto was a resident of Broward County, Florida.

5. Defendant, UNITED STATES OF AMERICA, though its agency, U.S. Postal Service Office, located 3150 NW 33rd Street, Pompano Beach, FL 33069 is and at all times material hereto was a resident of Broward County, Florida.

6. Defendant, UNITED STATES OF AMERICA, including its directors, officers, operators, administrators, employees, agents, subcontractors, and staff at the U.S. Postal Service Office, is/are hereinafter collectively referred as "U.S. Postal Service" and/or "United States of America."

7. Venue is proper in the United States District Court for the Southern District of Florida because a substantial part of the events or omissions giving rise to the claim occurred in said district.

## FACTUAL ALLEGATIONS

8. On August 18, 2024, at approximately 5:55 p.m. an unidentified employee of the U.S. Postal Service acting within the course and scope of his or her employment with the U.S. Postal Service left their disabled vehicle unsupervised on the side of the road.

9. On such date and time the unidentified employee of U.S. Postal Service left the disabled vehicle near or about SR 810 and NW 39th Avenue in Coconut Creek, Broward County, Florida, causing Plaintiff, MATHEUS FERREIRA DA SILVA' vehicle to collide with Defendant's vehicle.

10. As a result of the motor vehicle crash Plaintiff, MATHEUS FERREIRA DA SILVA, suffered injuries and damages that are permanent and/or continuing in nature, as well as lost time from work.

## COUNT I – NEGLIGENCE AGAINST UNITED STATES OF AMERICA

11. Plaintiff adopts and incorporates by reference the allegations set forth in Paragraphs 1 through 10 above.

12. Defendant, through its employee acting within the course and scope of federal employment, owed Plaintiff a duty to exercise reasonable care in the operation, positioning, and securing of a federal vehicle.

13. The unidentified USPS employee breached that duty by negligently leaving the disabled vehicle unattended, improperly positioned, and inadequately marked on or near the roadway.

14. The negligent acts and omissions of the employee occurred within the course and scope of his or her employment; therefore, the UNITED STATES OF AMERICA is liable under the Federal Tort Claims Act pursuant to respondeat superior.

15. As a direct and proximate result of the negligence of Defendant, UNITED STATES OF AMERICA, Plaintiff, MATHEUS FERREIRA DA SILVA, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, medical expenses, loss of earnings, and loss of earning capacity. These losses are permanent and continuing in nature, and Plaintiff will suffer them in the future.

## **PRAYER FOR RELIEF**

WHEREFORE, the Plaintiff, MATHEUS FERREIRA DA SILVA, demands judgment for damages against the Defendant, UNITED STATES OF AMERICA, and would further demand a trial by jury of all issues so triable.  Specifically, Plaintiff moves this Court to grant judgment against Defendant, UNITED STATES OF AMERICA, as follows:

1. Plaintiff's economic damages including, but not limited to, medical expenses incurred in the past and medical expenses reasonably certain/likely to be incurred in the future;

2. Plaintiff's economic damages including, but not limited to, lost earnings and future loss of earnings/earnings capacity;

3.  Non-economic damages to compensate Plaintiff for his pain and suffering in the past and his future pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, aggravation of a previously existing condition, and loss of capacity for the enjoyment of life sustained in the past and to be sustained in the future; and

4.  Costs and attorneys' fees incurred in this civil action, together with such further and additional relief at law or in equity that this Court may deem proper.

Dated this 7th day of December 2026.

>ZOELLER, HAYDEN & THRON, PLLC.
>Attorney for Plaintiff
>2845 PGA Blvd
>Palm Beach Gardens, FL 33410
>Phone: (561) 689-8180
>ehayden@zoellerlaw.com
>lmilan@zoellerlaw.com
>
>
>By: */s/ Eric C. Hayden, Esq.*
>Eric C. Hayden, Esq.
>Fla. Bar No: 100923

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| General Law Service Center USPS National Tort Center 1720 Market St #2400 St. Louis MD 63155 | Mattheus Da Silva  Bill Zoeller  6800 NW 39th Ave  Schuler Weisser  Pompano Beach, FL 33073  1615 Forum Pl.  WPB, FL 33401 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY ☑ CIVILIAN | 3-7-02 | Single | Sunday 8/18/24 | 5:55 PM |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

There was a Parked/unoccupied US Postal Service vehicle blocking the road w/ no Hazards on. When the vehicle in front of our client swerved to avoid it, our client had no way to avoid hitting it.

9. PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

Same as Claimant

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Entire Front End. Damages have been Paid for by Progressive

10. PERSONAL INJURY/WRONGFUL DEATH

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

L4-5 & L5-S1 Disc herniations. Treatment is ongoing.

11. WITNESSES

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| None. | |

12. (See instructions on reverse). AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| 1,000.00 | 5,000,000.00 | 0 | 5,001,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| [signature] | | 1/30/25 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction  
Previous Edition is not Usable  
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)  
PRESCRIBED BY DEPT. OF JUSTICE  
28 CFR 14.2

| INSURANCE COVERAGE |
|---|
| In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property. |

**15. Do you carry accident insurance?** [✓] Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.   [ ] No

Progressive   Policy # 974313556
P.O. Box 31260 Tampa, FL 33631

**16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?** [✓] Yes  [ ] No   **17. If deductible, state amount.**

Deductible, $1,000    $1,000

**18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim?** (It is necessary that you ascertain these facts).

Progressive has paid for the damage to the car

**19. Do you carry public liability and property damage insurance?** [✓] Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).   [ ] No

Same as above

---

### INSTRUCTIONS

Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.

Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

---

### PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
   A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.
   B. *Principal Purpose:* The information requested is to be used in evaluating claims.
   C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
   D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

---

### PAPERWORK REDUCTION ACT NOTICE

This notice is *solely* for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK